# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DUANE GREGLEY, | ) | CASE NO. 1:14-CV-971 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | |
| MAGGIE BRADSHAW, | ) | **OPINION & ORDER** |
| | ) | |
| Respondent. | ) | |

Before the Court's is Petitioner Duane Gregley's Motion to Reopen Judgment, Doc #: 15. This Motion comes nearly four years after this Court denied Gregley's § 2254 Petition as untimely and, subsequently, the Sixth Circuit denied Gregley's application for a certificate of appealability. Doc #: 10 and 14. In his Motion, Gregley repeats the same arguments that he has previously made to this Court and the Sixth Circuit. *See* Mot. at 3. This Court will not consider any additional filings from Gregley regarding his § 2254 Petition. Should Gregley wish to appeal the Sixth Circuit's denial of a certificate of appealability, he may do so to the Supreme Court of the United States.

**IT IS SO ORDERED.**

*/s/Dan Aaron Polster Feb. 15, 2019*
**DAN AARON POLSTER
UNITED STATES DISTRICT COURT**