# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DUANE GREGLEY, | ) | CASE NO. 1:14-CV-971 |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | |
| MAGGIE BRADSHAW, | ) | **OPINION & ORDER** |
| | ) | |
| Respondent. | ) | |

Before the Court's is Petitioner Duane Gregley's Motion for Reconsideration, Doc #: 17. In his Motion, Gregley repeats the same arguments that he has previously made to this Court and the Sixth Circuit. *See* Mot. at 1-2. As the Court stated in its February 15, 2019 Opinion & Order denying Gregley's Motion to Reopen Judgment, Doc #: 16, the Court will not consider any additional filings from Gregley regarding his § 2254 Petition. Should Gregley wish to appeal the Sixth Circuit's denial of a certificate of appealability, he may do so to the Supreme Court of the United States.

   **IT IS SO ORDERED.**

                       */s/Dan Aaron Polster Mar. 8, 2019*
                        **DAN AARON POLSTER**
                        **UNITED STATES DISTRICT COURT**